IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SECURE AXCESS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13 cv 787 |
| | § | |
| T. ROWE PRICE INVESTMENT | § | JURY TRIAL DEMANDED |
| SERVICES, INC., | § | |
| T. ROWE PRICE ASSOCIATES, | § | |
| INC., and | § | |
| T. ROWE PRICE GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
T. ROWE GROUP, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Secure Axcess, LLC ("Plaintiff"), and Defendant T. Rowe Price Group, Inc., by and through their counsel of record, hereby stipulate that the above-mentioned action shall be, and hereby is, dismissed in its entirety without prejudice only as to T. Rowe Price Group, Inc. This Dismissal without Prejudice shall apply to all claims that were asserted by or against either Plaintiff or T. Rowe Price Group, Inc. The parties shall be solely responsible for their own attorneys' fees and costs. As a result of this stipulation, only Defendant T. Rowe Price Group, Inc. shall be dismissed; while T. Rowe Price Investment Services, Inc. and T. Rowe Price Associates, Inc. remain as parties to this case.

Respectfully submitted,

*[signature]*

_____
**ANDREW WRIGHT**

**DEREK GILLILAND**
STATE BAR NO. 24007239
**EDWARD CHIN**
STATE BAR NO. 50511688
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364
**CHRISTIAN J. HURT**
STATE BAR NO. 24059987
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
christianhurt@nixlawfirm.com
rossl@nixlawfirm.com

**JOHN C. HULL**
STATE BAR NO. 24050791
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
johnhull@nixlawfirm.com

**BRAD SEIDEL**
STATE BAR NO. 24008008
**NIX PATTERSON & ROACH, L.L.P.**
3600 North Capital of Texas Highway
Suite 350
Austin, Texas 78746
512.328.5333 (telephone)
512.328.5335 (facsimile)
bseidel@npraustin.com

**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**MICHAEL A. BENEFIELD**
STATE BAR NO. 24073408
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com
mab@emafirm.com

**ANDRE J. BAHOU**
D.C. BAR NO. 483,516 – *admitted pro-hac vice*
VICE PRESIDENT AND CHIEF LEGAL OFFICER
**SECURE AXCESS, LLC**
555 Republic Drive, Suite 200
972.767.9856 (telephone)
aj.bahou@secureaxcess.com

**ATTORNEYS FOR PLAINTIFF
SECURE AXCESS, LLC**


**THE DACUS FIRM. PC**


By: __/s/ Deron R. Dacus (by permission)____

Deron R. Dacus
Texas Bar No.  00790553
ddacus@dacusfirm.com
821 ESE Loop 323
Suite 430

Joint Stipulation of Dismissal without Prejudice of
Defendant T. Rowe Price Group, Inc.

Page 3 of 4

        Tyler, TX 75701
        903.705.1117 (telephone)
        903.705.1117 (fax)

**WHITEFORD TAYLOR & PRESTON**

By: _/s/ Steven E. Tiller (by permission)_____
    Erin O. Millar
    *PRO HAC VICE*
    emillar@wtplaw.com
    Steven E. Tiller
    *PRO HAC VICE*
    emillar@wtplaw.com
    7 Saint Paul Street
    Baltimore, MD 21202-1636
    410.659.6424 (telephone)
    410.234.2377 (fax)

**ATTORNEYS FOR DEFENDANTS**
**T. ROWE PRICE INVESTMENT SERVICES, INC., T. ROWE PRICE & ASSOCIATES, INC. & T. ROWE GROUP, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 29th day of May, 2014.

_____
**ANDREW WRIGHT**